IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SUSAN L. GONSER**                                                                                      **PLAINTIFF**

**VS.**                                              **3:06CV00186 WRW**

**CONTINENTAL CASUALTY COMPANY,**
**CNA GROUP LIFE ASSURANCE COMPANY,**
**THE HARTFORD and VULCAN MATERIALS**
**COMPANY**                                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claim be DISMISSED WITH PREJUDICE.

DATED this 27th day of September, 2007.

                                                                        /s/Wm. R. Wilson, Jr.
                                                                        UNITED STATES DISTRICT JUDGE